# ELECTRONIC RECORD

*541-15*
*542-15*

COA #  06-14-00046-CR-comp. 0-14-047-CR  OFFENSE: 22.021

STYLE: Leavelle Franklin v. The State of Texas  COUNTY: Bowie

COA DISPOSITION: Affirmed  TRIAL COURT: 102nd District Court

DATE: 3/10/15  Publish: YES  TC CASE #: 13F1053-102

## IN THE COURT OF CRIMINAL APPEALS

*541-15*
*542-15*

STYLE: Leavelle Franklin v. The State of Texas  CCA #: 

_____ **APPELLANT'S** Petition  CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____

_____ Refused  JUDGE: _____

DATE: 10/28/2015  SIGNED: _____  PC: _____

JUDGE: PM Curiam  PUBLISH: _____  DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**